Manuel Cabrera Alejandre
(Name)
PO Box 439049
(Address)
San Diego Ca. 92143
(City, State, Zip)
#09376-097
(CDC Inmate No.)

**FILED**
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ___ ProSe ___

# United States District Court
## Southern District of California

Manuel Cabrera Alejandre,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Ms. Jeanne Woodford, Director:
John Marshall, Warden.   ,
Robert L. Ayers, Jr., Warden:
California Department of Corrections
Medical Department, et al.,
(Enter full name of each defendant in this action.)

Defendant(s).

'08 CV 0093 JAH JMA
Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, Manuel Cabrera
(print Plaintiff's name)
Alejandre, who presently resides at PO Box 439049
SDCF, CCA, San Diego Ca. 92143, were violated by the actions
(mailing address or place of confinement)
of the below named individuals. The actions were directed against Plaintiff at San Luis
Obispo (CMC), /San Quentin, Ca on (dates) 1994, 1995, and ___.
(institution/place where violation occurred)  (Count 1)  (Count 2)  (Count 3)

§ 1983 SD Form
(Rev. 2/05)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __Ms. Jeanne Woodford__ resides in __Sacramento, Ca__,
      (name)                                    (County of residence)
and is employed as a __Director, Department of Corrections__ This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Was at all times employ as the Director of the California Department of Corrections For the State of California, and she is incharge of the San Luis Obispo (CMC) State Prison, and San Quentin State Prison.__

Defendant __John Marshall,__ resides in __San Luis Obispo, California__,
      (name)                              (County of residence)
and is employed as a __Warden, for Department of Corrections__ This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Was at all times employ as the Warden of California Mens Colony, at San Luis Obispo, California__

Defendant __Robert L. Ayers, Jr.__ resides in __Marin, County, California__,
      (name)                                  (County of residence)
and is employed as a __Warden, San Quentin State Prison__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Was at all times employ as the warden of San Quentin State Prison, at San Quentin, California, Marin County.__

Defendant __California Department of Corrections Medical Department__ resides in __San Luis Obispo/Marin, California__
      (name)                                                                         (County of residence)
and is employed as a __Medical caretaker of prisoners__. This defendant is sued in
                     (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __Is the department of health in charge of health care for the prisoners under the care of the California Department of Corrections, this includes, San Luis Obispo (CMC) State Prison and San Quentin State Prison also.__

Defendant __Elison Wes,__ Resides in __Monterey, California__
      (name)                              (County of Residence)
and is employed as a parole officer incharge of people on parole This defendant is sued in his/her ☒ individual ☒ offical capacity (Check one or both) Explain how this defendant was acting under color of law __Mr. Elison Wes, is employ as a parole officer for the California Department of Corrections and is in charge of persons on parole. My prison caseworker told me that Mr. Elison Wes would take care of my medical needs, I ask many times to Mr. Elison Wes to please help me get medical assistance, all to no avail__

§ 1983 SD Form
(Rev. 2/05)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Eight Amendment to the United States Constitution; right to medical care

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Defendant Ms. Jeanne Woodford is the Director of the California Department of Corrections [for the State of California]. She is legally responsible for the overall operation of the California Department of Corrections and each institution under its jurisdiction, including California Mens Colony and the Medical Department of such institution, located at San Luis Obispo, Ca. Defendant Ms. Jeanne Woodford, shall have known of the action of her subordinates or should have been aware and neglected to ignore the actions of her subordinates. Ms. Jeanne Woodford is also incharge of San Quentin State Prison, and the medical department of this institution.

Plaintiff file all the administrative remedies required, therefore Ms. Woodford (Director) was well aware of the needed medical needs of plaintiff.

§ 1983 SD Form
(Rev. 2/05)

3

Count 2: The following civil right has been violated: <u>Eight Amendment to the United States</u>
(E.g., right to medical care, access to courts, <u>Constitution; Right to medical care..</u>
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 1994 while serving my prison sentence at California Mens Colony, this facility is under the jurisdiction of the California Department of Corrections. At this facility I was assigned a prison job, I was assigned to work as porter. While performing my assigned duty I slip and fell hurting my back, I immediately reported the incident to my work supervisor (Officer Ortiz) who was incharge of the work detail.. Officer Ortiz immediately did send me to the clinic for medical attention.. After being examine I was given Motrin for the pain I was feeling. Because the pain would not go away I went back to the clinic, after a more thorough examination and some Ex Ray's it was determined that I had hurted my back. I requested medical attention for my back injury, One of the medical staff told me that I had hurted my spinal cord and that I be needing therapy. Well that was the last thing I was told, after that I was just ignore. After several request to get medical attention all to no avail, I decide to file a grievance using the departments method form 602. John Marshall is the Warden of California Mens Colony, and he is in charge of all the persons employed at this facility. And because the administrative process is supervised by his office he was aware of the action and denial of medical care afforded to my person. Knowingly, John Marshal. Warden, did choose to ignore the action of his subordinates, he had the authority to order the needed medical therapy for my back injury. Due to his neglect I have suffer irreparable harm to my spinal cord..

§ 1983 SD Form
(Rev. 2/05)

4

Count 3: The following civil right has been violated: <u>Eighth Amendment to the Unite States</u>
<u>Constitution ,,..Right to medical treatment</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Robert L. Ayers, Jr. is the Warden of San Quentin State Prison, and he is in charge of all the employees' at this facility and in charge of the medical staff. Mr. Robert Ayers, Jr. was aware that I was being denied medical attention. Has or had the authority to order the medical staff to give me the needed medical treatment. But for unknown reasons he choose not to act. Instead of receiving medical treatment I was transfer to Delano California State Prison. For the reasons stated it is my sincere belief that Mr. Robert Ayers, Jr., did fail to do his asigned duty in his official capacity.

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

(b) Name of the court and docket number: _____ N/A _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____ N/A _____

(d) Issues raised: _____ N/A _____

(e) Approximate date case was filed: _____ N/A _____

(f) Approximate date of disposition: _____ N/A _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
Plaintiff Manuel Cabrera Alejandre did use the prisoner grievance procedure available at California Mens Colony (CMC) to try and solve the problem, before I got answer I got release, I was release on 9/6/94. I was told by my case manager to let my parole officer Elison Wes know about the problem and that he would get me the needed medical treatment. Mr. Elison Wes denied all my requests for medical treatment. I was on the process to file a 602 grievance when I violate my parole and was sent back to prison on 10/31/94, I was sent to San Quentin State Prison -there I file a second 602 which was process all the way to the highest level.. I was denied by the Chief of administrative Appeals'. After I was denied, a few days later I transfer to Delano, California State Prison. There I was put on administrative detention and afterwards got transfer to Sentinela State Prison where I got turn over to thee INS and deported...

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): *An order by a court that, The Defendants should begin to provide me with medical treatment. Before the damage became irreparable.*

2. Damages in the sum of $ *1,198,040*.

3. Punitive damages in the sum of $ *1,198,040*.

4. Other *Physical damages in the sum of $1,198,040*.

## F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☒ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

*1-10-2008*
Date

*Manuel Cabrera*
Signature of Plaintiff


JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Manuel Cabrera Alejandre

2254 ☐  1983 ☑
FILING FEE PAID
Yes ___  No ☑
IFP MOTION FILED
Yes ___  No ☑
COPIES SENT TO
Court ☑  Pro Se ___

**DEFENDANTS**

Woodford, et al

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Manuel Cabrera Alejandre
PO Box 439049
San Diego, CA 92143
Booking # 09376-097

**ATTORNEYS (IF KNOWN)**

'08 CV 0093 JAH JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____  Docket Number _____

DATE  January 16, 2008

SIGNATURE OF ATTORNEY OF RECORD
R. Mull