**PLAINTIFF/PETITIONER/MOVANT'S NAME:** Manuel Cabrera Alejandre

**PRISON NUMBER:** #09376-097

**PLACE OF CONFINEMENT:** San Diego Detention Center (CCA)

**ADDRESS:** PO Box 439049, San Diego Ca. 92143

FILED
JAN 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Pro Se ___

# United States District Court
## Southern District Of California

Manuel Cabrera Alejandre,
Plaintiff/Petitioner/Movant

v.

Ms. Jeanne Woodford Director,
Mr. John Marshall Warden,
Medical Department, Defendant/Respondent
California Department of Corrections.

Civil No. **'08 CV 0093 JAH JMA**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  (Yes)  No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  San Diego Correctional Facility
   Are you employed at the institution?         Yes   (No)
   Do you receive any payment from the institution?  Yes   (No)
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                  ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed?   Yes   (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   *My last employment was on 1989, I was take-home $300.00. Employers name Felipe Cabrera Address, unknown.*

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      Yes   No
   b. Rent payments, royalties interest or dividends     Yes   No
   c. Pensions, annuities or life insurance              Yes   No
   d. Disability or workers compensation                 Yes   No
   e. Social Security, disability or other welfare       Yes   No
   e. Gifts or inheritances   Loan                       (Yes)  No
   f. Spousal or child support                           Yes   No
   g. Any other sources                                  Yes   No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   *I got a loan from my brother José Cabrera Alejandre: No more.*

4. Do you have any checking account(s)?   Yes   (No)
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   Yes   (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   Yes   (No)
   a. Make:               Year:            Model:
   b. Is it financed?   Yes   (No)
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes   (No)
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *N/A*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   *N/A*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    *N/A*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    *I am under custody. So, The Prison provide me with food and clothes.*

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

*1-10-2008*                                   _____
DATE                                          SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant __Cabrera-Alexanderz, Manuel__,
(NAME OF INMATE)

__09376-097__,
(INMATE'S CDC NUMBER)

has the sum of $ __50.00__ on account to his/her credit at __San Diego Correctional Facility__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __20.00__,

and the *average monthly deposits* to the applicant's account was $ __20.00__.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__1-8-08__
DATE

__R. Rivera__ (signature)
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__R. Rivera__
OFFICER'S FULL NAME (PRINTED)

__Unit Manager__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)            -4-            ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Manuel Cabrera: 09376-097_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either • $150 (civil complaint) or • $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_1-10-2008_
DATE

_Manuel Cabrera_
SIGNATURE OF PRISONER

Today's Date: 01/08/2008

## Inmate Account Summary Report
## San Diego Correctional Facility

Page 1 of 2

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| CABRERA-ALEXANDERZ | MANUEL | | | 998699 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 07/31/2007 14:16 | Deposit | 20.10 | CK | MAIL | UNITED STATES TREASURY | 20.10 | 0.00 | 5488353 | |
| Authorizing Employee: VBernu | | | | | Document Locator Number: 30753642 | | | | |
| 08/29/2007 13:09 | Withdrawal | -3.38 | CO | | COMMISSARY SUMMARY POSTING | 16.72 | 0.00 | 5772594 | |
| Authorizing Employee: MONF26 | | | | | Document Locator Number: | | | | |
| 08/31/2007 15:15 | Deposit | 100.00 | MO | MAIL | J. CABRERA | 116.72 | 0.00 | 5787182 | |
| Authorizing Employee: MLEYBA | | | | | Document Locator Number: 08712591037 | | | | |
| 09/06/2007 13:32 | Withdrawal | -11.49 | CO | | COMMISSARY SUMMARY POSTING | 105.23 | 0.00 | 5838830 | |
| Authorizing Employee: MONF26 | | | | | Document Locator Number: | | | | |
| 09/13/2007 07:46 | Withdrawal | -5.00 | CO | | COMMISSARY SUMMARY POSTING | 100.23 | 0.00 | 5915727 | |
| Authorizing Employee: FGERAC | | | | | Document Locator Number: | | | | |
| 09/20/2007 08:29 | Withdrawal | -9.68 | CO | | COMMISSARY SUMMARY POSTING | 90.55 | 0.00 | 5984013 | |
| Authorizing Employee: MONF26 | | | | | Document Locator Number: | | | | |
| 09/26/2007 09:25 | Withdrawal | -10.81 | CO | | COMMISSARY SUMMARY POSTING | 79.74 | 0.00 | 6037124 | |
| Authorizing Employee: MONF26 | | | | | Document Locator Number: | | | | |
| 10/04/2007 07:19 | Withdrawal | -11.78 | CO | | COMMISSARY SUMMARY POSTING | 67.96 | 0.00 | 6106791 | |
| Authorizing Employee: HBANUE | | | | | Document Locator Number: | | | | |
| 10/11/2007 07:20 | Withdrawal | -14.52 | CO | | COMMISSARY SUMMARY POSTING | 53.44 | 0.00 | 6182418 | |
| Authorizing Employee: HBANUE | | | | | Document Locator Number: | | | | |
| 10/18/2007 07:24 | Withdrawal | -15.98 | CO | | COMMISSARY SUMMARY POSTING | 37.46 | 0.00 | 6251039 | |
| Authorizing Employee: HBANUE | | | | | Document Locator Number: | | | | |
| 10/25/2007 07:23 | Withdrawal | -11.42 | CO | | COMMISSARY SUMMARY POSTING | 26.04 | 0.00 | 6314370 | |
| Authorizing Employee: FGERAC | | | | | Document Locator Number: | | | | |
| 10/25/2007 15:22 | Withdrawal | .74 | CRV | | COMMISSARY SUMMARY REVERSAL | 26.78 | 0.00 | 6321003 | |
| Authorizing Employee: HBANUE | | | | | Document Locator Number: | | | | |
| 11/02/2007 07:00 | Withdrawal | -14.34 | CO | | COMMISSARY SUMMARY POSTING | 12.44 | 0.00 | 6376420 | |
| Authorizing Employee: HBANUE | | | | | Document Locator Number: | | | | |

**Inmate Account Summary Report**
**San Diego Correctional Facility**

Today's Date: 01/08/2008                                                                                           Page 2 of 2

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| CABRERA-ALEXANDERZ | MANUEL | | | 998699 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 11/08/2007 07:14 | Withdrawal | -11.50 | CO | | COMMISSARY SUMMARY POSTING | 0.94 | 0.00 | 6439562 | |
| Authorizing Employee: FGERAC | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 12/26/2007 16:18 | Deposit | 20.00 | MO | MAIL | GUADALUPE | 20.94 | 0.00 | 6894981 | |
| Authorizing Employee: VBermu | | | | | Document Locator Number: 11574560790 | | | | |
| 12/27/2007 11:56 | Withdrawal | -16.93 | CO | | COMMISSARY SUMMARY POSTING | 4.01 | 0.00 | 6922870 | |
| Authorizing Employee: FGERAC | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |
| 01/02/2008 14:59 | Deposit | 50.00 | MO | MAIL | JOSE CABRERA | 54.01 | 0.00 | 6961263 | |
| Authorizing Employee: MLEYBA | | | | | Document Locator Number: 08814265825 | | | | |
| 01/04/2008 07:15 | Withdrawal | -4.01 | CO | | COMMISSARY SUMMARY POSTING | 50.00 | 0.00 | 6984781 | |
| Authorizing Employee: FGERAC | | | | | Document Locator Number: COMMISSARY SUMMARY POSTING | | | | |

Total Withdrawals    -140.10
Total Deposits        190.10