# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Manuel Cabrera Alejandre

              V.                              **JUDGMENT IN A CIVIL CASE**

Jeanne Woodford, et al.

                                     **CASE NUMBER:**    08CV0093-JAH(JMA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is dismissed without prejudice for lack of proper venue. Plaintiff's motion to proceed in forma pauperis is denied as moot.

| January 31, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                                   s/J. Petersen

                                                                                   (By) Deputy Clerk

                                                                                   ENTERED ON January 31, 2008